UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPO LAST MILE INC., <br> Petitioner, <br> v. <br> ANESSA'S TRANSPORT INC., <br> Respondent. | Case No. 18-cv-00709-SK <br><br> **ORDER TO SHOW CAUSE** <br><br> Regarding Docket No. 3 |

XPO Last Mile Incorporated ("XPO") filed a petition to confirm an arbitration award on February 2, 2018. Respondent Anessa's Transport Incorporated ("Anessa") filed a notice of consent on March 6, 2018 and on March 12, 2018, XPO filed a certificate of service indicating that it served Anessa on March 7, 2018.

Under Northern District Civil Local Rule 7-3(a), Anessa should have filed its response two weeks after the petition was filed, or, at the latest, two weeks after Anessa was served. To date, Anessa has not filed an opposition or statement of non-opposition. Accordingly, Anessa is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing by no later than April 2, 2018 why XPO's petition should not be granted as unopposed. If Anessa seeks to file untimely an opposition, it must submit a request to do so showing good cause for its failure to comply with the deadline required by the Local Rules, and must submit its proposed opposition brief along with the request. If Anessa fails to file a response to this OSC by April 2, 2018, the Court will grant XPO's petition as unopposed.

**IT IS SO ORDERED**.

Dated: March 27, 2018



SALLIE KIM
United States Magistrate Judge